IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OROX CAPITAL MANAGEMENT, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-12118 (BLS)<br><br>(Joint Administration Requested)<br><br>Hearing Date: April 17, 2024 at 11:00 am<br>Objection Deadline: March 22, 2024 at 4:00 pm |

### NOTICE OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS EFFECTIVE AS OF JANUARY 23, 2024

**PLEASE TAKE NOTICE** that the Chapter 7 Trustee, George L. Miller, (the "Trustee") filed the Application of Chapter 7 Trustee, George L. Miller, to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, effective as of January 23, 2024 (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be made in writing, filed with the Bankruptcy Court and served so as to actually be received by **4:00 p.m. (ET) Eastern Time on March 22, 2024** by the undersigned. If no objections are timely filed in accordance with the above procedures, the undersigned shall file a Certification of No Objection. Upon the filing of the Certification of No Objection, the Court may enter the Order to the Application without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedure, a hearing on the Application will be held on **April 17, 2024, at 11:00 a.m. (ET)** before the Honorable Brendan L. Shannon, United States Bankruptcy Court Judge. Only those

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939); AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

4889-6831-4285.1 57098.00001

objections made in writing, timely filed, and served in accordance with the above procedure will be considered at and receive notice of such hearing.

Dated: March 13, 2024

                                                          By:    */s/ George L. Miller*
                                                                George L. Miller
                                                                Eight Penn Center, Suite 950
                                                                1628 John F Kennedy Blvd
                                                                Philadelphia, PA   19103
                                                                Telephone:     (215) 561-0950
                                                                Facsimile:      (215) 561-0330

                                                                *Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| OROX CAPITAL MANAGEMENT, LLC, *et al*[1], | Case No. 23-12118 (BLS) |
| Debtors. | (Joint Administration Requested) |
| | **Hearing Date: April 17, 2024 at 11:00 a.m.**<br>**Objection Deadline: March 27, 2024 at 4:00 p.m.** |

**APPLICATION OF CHAPTER 7 TRUSTEE GEORGE L. MILLER**
**TO EMPLOY MILLER COFFEY TATE LLP AS ACCOUNTANTS AND**
**BANKRUPTCY CONSULTANTS, EFFECTIVE AS OF JANUARY 23, 2024**

George L. Miller, the chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtors, files this application (the "Application") pursuant to sections 327(a) and 328 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 2014-1 for entry of an order authorizing him to employ Miller Coffey Tate LLP ("MCT") as accountants and bankruptcy consultants, effective as of January 23, 2024. In support of this Application, the Trustee submits the Declaration of Matthew R. Tomlin (the "Tomlin Declaration") annexed hereto. In further support of this Application, the Trustee respectfully states as follows:

**JURISDICTION**

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* of the United States District Court for the District

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939); AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

of Delaware, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. Pursuant to Local Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Trustee consents to the entry by this Court of a final order in connection with this Application.

2. The predicates for the relief requested in this Application are Bankruptcy Code sections 327(a) and 328, Bankruptcy Rule 2014(a), and Local Rule 2014-1.

## BACKGROUND

3. On or about December 31, 2023 (the "Petition Date"), Orox Capital Management, LLC, et al (collectively the "Debtors") commenced voluntary petitions for relief under Chapter 7 of the Bankruptcy Code.

4. On December 31, 2023, George L. Miller was appointed as the Chapter 7 Trustee for the Debtors' Bankruptcy Estates.

## EMPLOYMENT OF MILLER COFFEY TATE LLP

5. To properly account to the Office of the United States Trustee, determine all financial data necessary to make business decisions, and prepare all necessary forms, the Trustee requires the services of accountants and bankruptcy consultants to perform services including, but not limited to:

   a. Assist in reporting to the United States Trustee regarding the financial status of the Debtors;

   b. Assist the Trustee in identifying and securing the assets and records of the estates and provide forensic accounting services if required;

   c. Assist the Trustee in liquidating assets (not duplicative of any other professionals(s) that may be retained by the Trustee to liquidate assets);

   d. Assist the Trustee in pursuing causes of action for the benefit of the estates;

  e. Assist the Trustee with analysis and reconciliation of claims asserted against the Debtors;

  f. Prepare and file necessary tax returns and other required tax filings;

  g. Attend meetings with the Trustee and Court hearings as required; and

  h. Provide any other accounting, tax or consulting services as may be requested by the Trustee during the administration of these Bankruptcy Cases.

6. For the foregoing and all other necessary and proper purposes, the Trustee desires to retain MCT as accountants and bankruptcy consultants to the Trustee. The Trustee is a member and partner employed as an accountant by MCT.

7. MCT has the appropriate skills and personnel needed to perform the services required by the Trustee having performed similar services for in excess of 25 years.

8. MCT has agreed to perform its services as requested by the Trustee and thereafter make an application to this Court for compensation.

9. The normal hourly fees of MCT are as follows:

  a. Partners & Principals  $500.00 - $850.00 per hour

  b. Managers  $375.00 - $495.00 per hour

  c. Senior Accountants  $295.00 - $370.00 per hour

  d. Staff Accountants/Paraprofessionals $150.00 - $290.00 per hour

10. These hourly rates are subject to periodic increase in the normal course of MCT's business.

11. It is contemplated that MCT will seek compensation based upon its normal and usual billing rates. It is further contemplated that MCT may seek interim compensation as permitted by Section 331 of the Bankruptcy Code.

12. As detailed in the Tomlin Declaration attached hereto, MCT is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code.

13. Accordingly, the Trustee believes the employment of MCT as accountants and bankruptcy consultants as set forth in this Application is in the best interests of the Debtors' estates.

## **NOTICE**

14. Notice of this Application has been provided to: (i) the Office of the United States Trustee, (ii) the Debtors, (iii) counsel to the Debtors, and (iv) all parties that have requested pursuant to Fed. R. Bankr. P. 2002 to receive notices in these chapter 7 cases. In light of the nature of the relief requested, the Trustee submits no other or further notice is required.

15. No prior request for the relief sought in this Application has been made to this or any other court.

**WHEREFORE,** the Trustee requests authorization to employ MCT as Accountants and Bankruptcy Consultants to render services in the areas described but not limited to the above, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow after an application for fees is submitted to this Court for consideration.

                                                            Respectfully submitted,

Dated:   March 13, 2024                      */s/ George L. Miller*
                                                            George L. Miller

                                                            *Chapter 7 Trustee for the Bankruptcy Estates of the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OROX CAPITAL MANAGEMENT, LLC, *et al*[1],<br><br>Debtors. | Chapter 7<br><br>Case No. 23-12118 (BLS)<br><br>(Jointly Administered Requested) |

### DECLARATION OF MATTHEW R. TOMLIN, CPA, IN SUPPORT OF THE APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS, EFFECTIVE AS OF JANUARY 23, 2024

I, Matthew R. Tomlin, being duly sworn, depose and say:

1. I am a partner with the firm of Miller Coffey Tate LLP ("MCT"), Certified Public Accountants and Consultants, with offices at Eight Penn Center, Suite 950, 1628 John F. Kennedy Boulevard, Philadelphia, Pennsylvania, 19103, (215) 561-0950, and I am authorized to execute this Declaration on behalf of MCT.

2. I do not believe that I, nor any member of MCT, holds or represents any interest adverse to the Trustee or the Debtors' estates.

3. I have reviewed the Application of Chapter 7 Trustee for the estate of the above-captioned Debtors, George L. Miller, to Employ MCT as Accountants and Bankruptcy Consultants, effective as of January 23, 2024 (the "Application") and am aware of the statements contained therein,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939); AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

4889-6831-4285.1 57098.00001

which statements are true and correct to the best of my knowledge information and belief.

4. Disclosure with respect to whether or not MCT has or has had "connections" with the Debtors, the Debtors' estates, creditors, or other parties-in-interest, their respective attorneys or accountants, insofar as I have been able to ascertain, is set forth below:

    a. MCT has compared the parties identified on **Schedule 1** to the list of MCT's current and former engagements and clients. No connections were found, except as noted in this Declaration.

    b. The Trustee is a member and partner employed as an accountant by MCT.

    c. MCT may have appeared and may appear in the future in other cases unrelated to the Debtors' estates where the Debtors' counsel, creditors or other parties-in-interest herein, or their representatives, may be involved.

    d. To the extent that MCT discovers any connection with any interested party or enters into any new relationship with any interested party, MCT will promptly supplement its disclosure to the Court.

    e. To the best of my knowledge, information and belief, neither I nor any personnel of MCT is a relative of any judges who serve at the United States Bankruptcy Court for the District of Delaware, including Judge Thomas M. Horan, the presiding judge in these cases.

    f. To the best of my knowledge, information and belief, neither I nor any personnel of MCT is neither a relative of the United States Trustee for the District of Delaware or any personnel of Office of the United States Trustee for the District of Delaware.

5. MCT is a disinterested person within the meaning of Section 101(14) of the United States Bankruptcy Code.

6. Except as otherwise set forth in the Application and Declaration, MCT has no connection with the Debtors, any creditor or any other party in interest, their respective attorneys or

accountants, or with the United States Trustee or any person employed in the office of the United States Trustee.

                                                          MILLER COFFEY TATE LLP

Dated: March 13, 2024                  /s/ Matthew R. Tomlin
                                                  Matthew R. Tomlin
                                                  Eight Penn Center, Suite 950
                                                  1628 John F. Kennedy Blvd.
                                                  Philadelphia, Pennsylvania 19103
                                                  Telephone:  (215) 561-0950

**Schedule 1**
**Listing of Parties for Conflict Check**
**Potential Parties-in-Interest**[1]

**Debtor:**

| | |
|---|---|
| Orox Capital Management, LLC | 23-12118 |
| Orox Capital GP, LLC | 23-12132 |
| AIHV I, LLC | 23-12119 |
| Armstrong Co-Investment Vehicle, L.P. | 23-12120 |
| CEI Holding Vehicle, LLC | 23-12121 |
| OC Holding Vehicle, LLC | 23-12122 |
| OCAV IV, LLC | 23-12123 |
| OFAV I, LLC | 23-12124 |
| Orox Capital Acquisition Vehicle I, LLC | 23-12125 |
| Orox Capital Co-Investment GP, L.P. | 23-12126 |
| Orox Capital Co-Investment Vehicle I, L.P. | 23-12127 |
| Orox Capital Co-Investment Vehicle II, L.P. | 23-12128 |
| Orox Capital Co-Investment Vehicle III, L.P. | 23-12129 |
| Orox Capital Credit GP, L.P. | 23-12130 |
| Orox Capital Credit Opportunities Fund, L.P. | 23-12131 |
| Orox Finance Co-Investment GP, L.P. | 23-12133 |
| Orox Southwest Holdiong Vehicle, LLC | 23-12134 |
| Orox SSW Holdings, LLC | 23-12135 |
| Oscar Equipment Company, LLC | 23-12137 |
| Oscar Holding Vehicle, LLC | 23-12138 |

**Debtor's Counsel:**
Benisch, Friedlander, Coplan & Aronoff LLP

**Former Directors and Officers:**
Mark W. Martinson, 73.68% (Class A)
O'Malley H. Dishman 26.32% (Class A)

**Creditors/ Interested Parties Known to Date:**
Parties listed on the List of Creditors and parties listed on Schedules D & E/F filed in these cases.

---

[1] Known material parties as of the filing of this Declaration together with creditor names appearing in Schedule D, Schedule E and Schedule F of the Schedules of Assets and Liabilities prepared by the Debtors.
4889-6831-4285.1 57098.00001

**Office of the United States Trustee**
**Region 3 - Wilmington DE - Staff Directory**

| | |
|---|---|
| Andrew R. Vara | United States Trustee |
| Joseph McMahon | Assistant U.S. Trustee |
| Lauren Attix | Paralegal Specialist |
| Malcolm M. Bates | Trial Attorney |
| Fang Bu | Trial Attorney |
| Linda Casey | Trial Attorney |
| Joseph Cudia | Trial Attorney |
| Holly Dice | Auditor |
| Shakima L. Dortch | Paralegal Specialist |
| Timothy J. Fox, Jr. | Trial Attorney |
| Diane Giordano | Bankruptcy Analyst |
| Michael Girello | Paralegal Specialist |
| Christine Green | Paralegal Specialist |
| Benjamin Hackman | Trial Attorney |
| Nyanquoi Jones | Auditor |
| Jane Leamy | Trial Attorney |
| Jonathan Lipshie | Trial Attorney |
| Hannah M. McCollum | Trial Attorney |
| Jonathan Nyaku | Auditor |
| James R. O'Malley | Auditor |
| Linda Richenderfer | Trial Attorney |
| Richard Schepacarter | Trial Attorney |
| Edith A. Serrano | Paralegal Specialist |
| Rosa Sierra- Fox | Trial Attorney |
| Elizabeth Thomas | Paralegal Specialist |
| Dion Wynn | Paralegal Specialist |

**Bankruptcy Judges**
**United States Bankruptcy Court**
**District of Delaware**

Laurie Selber Silverstein, Chief Judge
John T. Dorsey, Judge
Craig T. Goldbatt, Judge
Thomas M. Horan, Judge
Karen B. Owens, Judge
Brendan L. Shannon, Judge
J. Kate Stickles, Judge
Mary F. Walrath, Judge
Ashely M. Chan, Judge

**Clerk of the United States Bankruptcy Court**
**District of Delaware**

Una O'Boyle

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OROX CAPITAL MANAGEMENT, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-12118 (BLS)<br><br>(Jointly Administered)<br><br>Related Docket: _____ |

### ORDER AUTHORIZING APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS, EFFECTIVE AS OF JANAURY 23, 2024

Upon the application (the "Application") of George L. Miller, as chapter 7 trustee (the "Trustee") of the bankruptcy estate of Orox Capital Management, LLC, et al., (collectively, the "Debtors") for entry of an order pursuant to sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1 authorizing the Trustee to employ Miller Coffey Tate LLP as accountants and bankruptcy consultants, effective as of January 23, 2024; and upon the Tomlin Declaration annexed to the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court pursuant to 28 U.S.C. § 157; (b) notice of the Application and the hearing was sufficient under the circumstances; (c) based on the Tomlin Declaration, Miller Coffey Tate LLP neither has nor represents any interest materially adverse to the interests of the Debtors' estates, any other parties in interest, or in connection with the Debtors' cases; (d) the Court having determined that Miller Coffey

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939);   AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

4889-6831-4285.1 57098.00001

Tate LLP is a "disinterested person" pursuant to section 101(14) of the Bankruptcy Code; and (e) the Court having determined that the legal and factual bases set forth in the Application and the Tomlin Declaration establish just cause for the relief granted herein; and it appearing to the Court that the Application should be approved,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Trustee is hereby authorized to employ Miller Coffey Tate LLP as his accountants and bankruptcy consultants pursuant to sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1, effective as of January 23, 2024.

3. Compensation to be paid to Miller Coffey Tate LLP for services to be rendered to the Trustee, plus reimbursement of costs incurred in connection with the services provided to the Trustee, shall be determined by this Court upon appropriate application therefor in accordance with sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and/or any applicable regulations and Orders of this Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.