| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Orox Capital Management, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **23-12118** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    **A/B & E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 19, 2024**     X **/s/ Mark W Martinson**
                                                              Signature of individual signing on behalf of debtor

**Mark W Martinson**
Printed name

**Managing Member Majority Holder & Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Orox Capital Management, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **23-12118**

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Citibank, NA | Checking | 7976 | $5,282.61 |
   | 3.2. | Citibank, NA | Checking | 2182 | $1.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $5,283.61
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | 2403 Farrington, LLC Office Lease Deposit | $3,250.00 |
   |---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor **Orox Capital Management, LLC**  
      Name

Case number *(If known)* **23-12118**

Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | **CT Corporation - Registered Agent Service** | $208.83 |
| 8.2. | **Swingle Collins & Associates - D&O Insurance Ext (12/10/23 to 1/10/24(** | $105.00 |
| 8.3. | **Crawford, Wishnew & Lang PLLC - retainer to represent co-defendants Orox Capital Management, LLC, Mark Martinson (Individually); and Bryan Korngut (Individually) in the SMR vs Osburn lawsuit** | $10,000.00 |
| 8.4. | **Global Relay - Email Archiving for Jan 2024 + 7 years of static archive** | $12,249.82 |
| 8.5. | **One Safe Place Media Corp - 11/2023 to November 2030 Data Back-up Services** | $4,376.06 |
| 8.6. | **Allvue Systems - Altareturn - Accounting system (1/1/24 to 3/14/24)** | $367.77 |
| 8.7. | **Microsoft - access to Office products for six months** | $113.68 |
| 8.8. | **ExtraSpace Storage - (12/28/23-3/27/24)** | $200.64 |
| 8.9. | **USPS Post Office Box - 1 year (12/18/23-1/31/25)** | $388.00 |
| 8.10. | **CNA Insurance - Workers' Comp Insurance (09/01/2023 - 08/31/2024)** | $321.28 |
| 8.11. | **CNA Insurance - GL/PL Insurance (09/01/2023 - 08/31/2024)** | $964.99 |
| 8.12. | **CNA Insurance - Commercial Umbrella Insurance (09/01/2023 - 08/31/2024)** | $271.54 |
| 8.13. | **Armanino LLP - 2023 Tax Prep - Federal and TX** | $15,000.00 |
| 8.14. | **Ascension Technologies LLC - telephone provider - (1/1/24-6/30/24)** | $201.06 |

Debtor  **Orox Capital Management, LLC**          Case number *(If known)* **23-12118**
Name

| | | |
|---|---|---|
| 8.15. | Microsoft - software provider - billed Power Automate in advance (10/1-10/31) and then prorated the cancellation (10/9/23-10/31/23) | $11.36 |

| 9. | **Total of Part 2.** | $48,030.03 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | 217,907.13 | - | 0.00 | = .... | $217,907.13 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 12,500.00 | - | 0.00 | = .... | $12,500.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 230,372.20 | - | 0.00 | =.... | $230,372.20 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 16,735.88 | - | 0.00 | =.... | $16,735.88 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 31,951.83 | - | 0.00 | =.... | $31,951.83 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $509,467.04 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor **Orox Capital Management, LLC**  Case number *(If known)* **23-12118**
 Name

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furniture | $347.34 | Expected Sale | $0.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment | $95.94 | Expected Sale | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**   $0.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ■ No
    - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

Debtor   **Orox Capital Management, LLC**                           Case number *(If known)* **23-12118**
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.orox.com | $11,241.60 | Expected Sale | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                           $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** Traveler's Private Equity Liability & Employment Practices Liability Insurance Policy (canceled but in extended reporting period) | Unknown |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

Debtor  **Orox Capital Management, LLC**                                 Case number *(If known)* **23-12118**
      Name

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Contractual amounts due from Orox Capital GP, LLC for expense reimbursement** | $16,538.90 |
| | **Contractual amounts due from Orox Capital Credit GP, L.P. for expense reimbursement** | $118,821.51 |
| | **Contractual amounts due from Orox Capital Co-Investment GP, L.P. for expense reimbursement** | $44,253.10 |
| | **Contractual amounts due from Orox Finance Co-Investment GP, L.P. for expense reimbursement** | $31,594.59 |
| | **Contractual amounts due from Orox Capital Credit Opportunities Fund, L.P. for expense reimbursement** | $1,106,477.71 |
| | **Contractual amounts due from Orox Capital Co-Investment Vehicle I, L.P. for expense reimbursement** | $165,237.50 |
| | **Contractual amounts due from Orox Capital Co-Investment Vehicle II, L.P. for expense reimbursement** | $31,389.05 |
| | **Contractual amounts due from Orox Capital Co-Investment Vehicle III, L.P. for expense reimbursement** | $41,047.76 |
| | **Contractual amounts due from Armstrong Co-Investment Vehicle, L.P. for expense reimbursement** | $13,150.00 |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $1,568,510.12 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** ■ No ☐ Yes | |

Debtor  **Orox Capital Management, LLC**　　　　　　　　　　　Case number *(If known)* 23-12118
　　　　　Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,283.61 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $48,030.03 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $509,467.04 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*..............> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $1,568,510.12 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $2,131,290.80 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,131,290.80 |

**Fill in this information to identify the case:**

Debtor name: **Orox Capital Management, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **23-12118**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Delaware Division of Corporations**<br>**PO Box 898**<br>**Dover, DE 19903**<br><br>Date or dates debt was incurred: **2023**<br>Last 4 digits of account number **7584**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Taxes**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$300.00** | **$300.00** |
| **2.2** | Priority creditor's name and mailing address<br>**Delaware Division of Revenue/Bankruptcy**<br>**Attn: Bankruptcy Administrator**<br>**Carvel State Building**<br>**820 N. French Street, 8th Floor**<br>**Wilmington, DE 19801**<br><br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Included for Notice Purposes**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **Unknown** | **Unknown** |

| | | | |
|---|---|---|---|
| Debtor | **Orox Capital Management, LLC**<br>Name | Case number (if known) | 23-12118 |

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown    Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Included for Notice Purposes** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   |   | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**2403 Farrington, LLC ("The Slate")**<br>**2403 Farrington St**<br>**Dallas, TX 75207** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $3,095.00 |
| | Date(s) debt was incurred **12/1/2023** | Basis for the claim: **Office Lease** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**ADP, Inc.**<br>**1 Adp Blvd**<br>**Attn: Legal Notices**<br>**Roseland, NJ 07068** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $82.52 |
| | Date(s) debt was incurred **_** | Basis for the claim: **2023 W-2 Generation** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Bloomberg Finance, LP**<br>**731 Lexington Ave**<br>**New York, NY 10022** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,371.39 |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Database Service Contract** | |
| | Last 4 digits of account number **6311** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**KPMG LLC**<br>**3 Chestnut Rdge Road**<br>**Montvale, NJ 07645** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $138,200.00 |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Tax Services** | |
| | Last 4 digits of account number **2218** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Sharp Business Systems**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $9,045.68 |
| | Date(s) debt was incurred **5/17/2021** | Basis for the claim: **Prior equipment lease for Sharp MX 3071** | |
| | Last 4 digits of account number **8683** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Orox Capital Management, LLC**  
      Name

Case number (if known) **23-12118**

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Sharp Business Systems**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4178** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Prior equipment lease for Lexmark XC2235**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,010.10** |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**SMYRNA READY MIX, LLC, dba SRM Concrete**<br>**c/o Andrews Myers, P.C.**<br>**Attn: W. Jason Walker**<br>**1885 Saint James Place, Suite 1500**<br>**Houston, TX 77056**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Litigation related to portfolio company Osburn Contractors**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

|   | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **De Lage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087** | Line **3.5**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **De Lage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087** | Line **3.6**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **SMYRNA READY MIX, LLC, dba SRM Concrete**<br>**c/o Andrews Myers, P.C.**<br>**Attn: Kelly N. Stamy**<br>**1885 Saint James Place, Suite 1599**<br>**Houston, TX 77056** | Line **3.7**<br>☐ Not listed. Explain ____ | __ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | **300.00** |
| 5b. Total claims from Part 2 | 5b. + $ | **159,804.69** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | **160,104.69** |