**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| OROX CAPITAL MANAGEMENT, LLC | Case No. 23-12118 (BLS) |
| Debtor. | Related Docket No. 16 |
| In re: | Chapter 7 |
| AIHV I, LLC | Case No. 23-12119 (BLS) |
| Debtor. | Related Docket No. 17 |
| In re: | Chapter 7 |
| ARMSTRONG CO-INVESTMENT VEHICLE, L.P. | Case No. 23-12120 (BLS) |
| Debtor. | Related Docket No. 16 |
| In re: | Chapter 7 |
| CEI HOLDING VEHICLE, LLC | Case No. 23-12121 (BLS) |
| Debtor. | Related Docket No. 16 |
| In re: | Chapter 7 |
| OC HOLDING VEHICLE, LLC | Case No. 23-12122 (BLS) |
| Debtor. | Related Docket No. 16 |
| In re: | Chapter 7 |
| OCAV IV, LLC | Case No. 23-12123 (BLS) |
| Debtor. | Related Docket No. 16 |

| | |
|---|---|
| In re:<br><br>OFAV I, LLC<br><br>          Debtor. | Chapter 7<br><br>Case No. 23-12124 (BLS)<br><br>Related Docket No. 16 |
| In re:<br><br>OROX CAPITAL ACQUISITION VEHICLE I, LLC<br><br>          Debtor. | Chapter 7<br><br>Case No. 23-12125 (BLS)<br><br>Related Docket No. 16 |
| In re:<br><br>OROX CAPITAL CO-INVESTMENT GP, L.P.<br><br>          Debtor. | Chapter 7<br><br>Case No. 23-12126 (BLS)<br><br>Related Docket No. 16 |
| In re:<br><br>OROX CAPITAL CO-INVESTMENT VEHICLE I, L.P.<br><br>          Debtor. | Chapter 7<br><br>Case No. 23-12127 (BLS)<br><br>Related Docket No. 16 |
| In re:<br><br>OROX CAPITAL CO-INVESTMENT VEHICLE II, L.P.<br><br>          Debtor. | Chapter 7<br><br>Case No. 23-12128 (BLS)<br><br>Related Docket No. 16 |
| In re:<br><br>OROX CAPITAL CO-INVESTMENT VEHICLE III, L.P.<br><br>          Debtor. | Chapter 7<br><br>Case No. 23-12129 (BLS)<br><br>Related Docket No. 16 |

| | |
|---|---|
| In re:<br><br>OROX CAPITAL CREDIT GP, L.P.<br><br>Debtor. | Chapter 7<br><br>Case No. 23-12130 (BLS)<br><br>Related Docket No. 16 |
| In re:<br><br>OROX CAPITAL CREDIT OPPORTUNITIES FUND, L.P.<br><br>Debtor. | Chapter 7<br><br>Case No. 23-12131 (BLS)<br><br>Related Docket No. 16 |
| In re:<br><br>OROX CAPITAL GP, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 23-12132 (BLS)<br><br>Related Docket No. 16 |
| In re:<br><br>OROX FINANCE CO-INVESTMENT GP, L.P.<br><br>Debtor. | Chapter 7<br><br>Case No. 23-12133 (BLS)<br><br>Related Docket No. 16 |
| In re:<br><br>OROX SOUTHWEST HOLDING VEHICLE, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 23-12134 (BLS)<br><br>Related Docket No. 16 |
| In re:<br><br>OROX SSW HOLDINGS, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 23-12135 (BLS)<br><br>Related Docket No. 16 |

| | |
|---|---|
| In re: | Chapter 7 |
| OSCAR EQUIPMENT COMPANY, LLC | Case No. 23-12137 (BLS) |
| Debtor. | Related Docket No. 16 |
| In re: | Chapter 7 |
| OSCAR HOLDING VEHICLE, LLC | Case No. 23-12138 (BLS) |
| Debtor. | Related Docket No. 16 |

**ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 7 CASES FOR PROCEDURAL PURPOSES ONLY**

Upon the motion (the "Motion")[1] of George L. Miller, chapter 7 trustee (the "Trustee"), to the estate of the above-captioned debtors (the "Debtors"), seeking entry of an order pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 authorizing and directing the joint administration of the Debtors' related chapter 7 cases for procedural purposes only; the Court having reviewed the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and that this Court may enter a final order consistent with Article III of the United States Constitution; (b) the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code; (c) the joint administration of the Debtors' cases for procedural purposes is appropriate pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 1015-1; and (d) service and notice of the Motion was sufficient under the circumstances;

---

[1] Capitalized terms not defined herein retain the meaning assigned to them in the Motion.

and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED.

2. The captioned chapter 7 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the captioned cases, and this Order shall be without prejudice to the rights of the Trustee to seek entry of an order substantively consolidating the Debtors' respective cases.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| OROX CAPITAL MANAGEMENT, LLC, *et al.*,[1] | Case No. 23-12118 (BLS) |
| Debtors. | Jointly Administered |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939); AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

4. An entry shall be made on the docket of each of the Debtors' chapter 7 that is substantially similar to the following:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below for procedural purposes only. The docket in Case No. 23-12118 (BLS) should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order:
>
> Orox Capital Management, LLC, Case No. 23-12118 (BLS), AIHV I, LLC, Case No. 23-12119 (BLS), Armstrong Co-Investment Vehicle, L.P., Case No. 23-12120 (BLS), CEI Holding Vehicle, LLC, Case No. 23-12121 (BLS), OC Holding Vehicle, LLC, Case No. 23-12122 (BLS), OCAV IV, LLC, Case No. 23-12123 (BLS), OFAV I, LLC, Case No. 23-12124 (BLS), Orox Capital Acquisition Vehicle I, LLC, Case No. 23-12125 (BLS), Orox Capital Co-Investment GP, L.P., Case No. 23-12126 (BLS), Orox Capital Co-Investment Vehicle I, L.P., Case No. 23-12127 (BLS), Orox Capital Co-Investment Vehicle II, L.P., Case No. 23-12128 (BLS), Orox Capital Co-Investment Vehicle III, L.P., Case No. 23-12129 (BLS), Orox Capital Credit GP, L.P., Case No. 23-12130 (BLS), Orox Capital Credit Opportunities Fund, L.P. Case No. 23-12131 (BLS), Orox Capital GP, LLC, Case No. 23-12132 (BLS), Orox Finance Co-Investment GP, L.P., Case No. 23-12133 (BLS), Orox Southwest Holding Vehicle, LLC, Case No. 23-12134 (BLS), Orox SSW Holdings, LLC, Case No. 23-12135 (BLS), Oscar Equipment Company, LLC, Case No. 23-12137 (BLS), and Oscar Holding Vehicle, LLC, Case No. 23-12138 (BLS).

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned chapter 7 cases.

6. This Order shall be without prejudice to the rights of the Trustee to seek entry of an order substantively consolidating the Debtors' respective cases.

Dated: March 27th, 2024  
Wilmington, Delaware

**BRENDAN L. SHANNON**  
**UNITED STATES BANKRUPTCY JUDGE**

DE:4876-2244-4430.2 57098.00001

6