# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> OROX CAPITAL MANAGEMENT, LLC., *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-12118 (BLS) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of Womble Bond Dickinson (US) LLP hereby enters their appearance as counsel to Arch Insurance Company pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), and hereby request that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

**WOMBLE BOND DICKINSON (US) LLP**
Lisa Bittle Tancredi
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: lisa.tancredi@wbd-us.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939); AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital CoInvestment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Arch Insurance/Osburn in any capacity, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: April 10, 2024<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Lisa Bittle Tancredi*<br>Lisa Bittle Tancredi (Del. Bar No. 4657)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4360<br>Facsimile:  (302) 252-4330<br>Email: lisa.tancredi@wbd-us.com<br><br>*Counsel to Arch Insurance Company* |