**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| OROX CAPITAL MANAGEMENT, LLC, *et al.*,[1] | Case No. 23-12118 (BLS) |
| Debtors. | (Jointly Administered) |
| | Related Docket No. 23 |

**CERTIFICATION OF NO OBJECTION OF APPLICATION OF CHAPTER 7**
**TRUSTEE FOR AUTHORIZATION TO EMPLOY AND RETAIN**
**PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO**
**CHAPTER 7 TRUSTEE, EFFECTIVE AS OF FEBRUARY 7, 2024**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Application of Chapter 7 Trustee to for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of February 7, 2024* (the "<u>Application</u>") [Docket No. 23] filed on March 26, 2024. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice, objections to the Application were to be filed and served no later than April 10, 2024 at 4:00 p.m. (ET).

It is hereby respectfully requested that the attached Order be entered at the earliest convenience of the Court.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939);  AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

4885-7848-7223.1 57098.00001

Dated:  April 15, 2024            PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      bsandler@pszjlaw.com
             crobinson@pszjlaw.com
             pkeane@pszjlaw.com

*Proposed Counsel to George L. Miller, Chapter 7 Trustee*

4885-7848-7223.1 57098.00001

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| OROX CAPITAL MANAGEMENT, LLC, *et al.*,[1] | Case No. 23-12118 (BLS) |
| | Jointly Administered |
| Debtors. | Related Docket No. 23 |

**ORDER GRANTING APPLICATION OF CHAPTER 7 TRUSTEE FOR
AUTHORIZATION TO EMPLOY AND RETAIN
PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO
CHAPTER 7 TRUSTEE, EFFECTIVE AS OF FEBRUARY 7, 2024**

Upon consideration of the application (the "Application")[2] of George L. Miller,

chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (collectively, the

"Debtors") in the above-captioned cases, seeking authorization to employ and retain Pachulski

Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm") as counsel for the Trustee, effective as of

February 7, 2024; and upon consideration of the Sandler Declaration, which was submitted

concurrently with the Application; and the Court being satisfied, based on the representations made

in the Application and the Sandler Declaration that PSZ&J does not represent or hold any interest

adverse to the Debtors or the Debtors' estates with respect to the matters upon which it is to be

engaged, that PSZ&J is disinterested as that term is defined under section 101(14) of the

Bankruptcy Code, and that the employment of PSZ&J is necessary and in the best interests of the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939);  AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

Debtors and the Debtors' estates; and the United States District Court for the District of Delaware

having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court

under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States*

*District Court for the District of Delaware*, dated February 29, 2012; and the Court having found

that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final

order consistent with Article III of the United States Constitution; and the Court having found that

venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408

and 1409; and the Court having found that the Trustee's notice of the Application and opportunity

for a hearing on the Application were appropriate and no other notice need be provided; and the

Court having reviewed the Application; and after due deliberation and good and sufficient cause

appearing therefor;

### IT IS HEREBY ORDERED THAT:

1.    The Application is GRANTED as set forth herein.

2.    The Trustee is hereby authorized to employ and retain PSZ&J as counsel

pursuant to sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and

Local Rule 2014-1, effective as of February 7, 2024.

3.    PSZ&J shall apply for compensation for professional services rendered and

reimbursement of expenses incurred in connection with the Debtors' cases in compliance with the

applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Rules, and any other

applicable procedures and orders of this Court.

4.    PSZ&J is authorized to render professional services to the Trustee as

described in the Application and the Sandler Declaration.

5.      The Trustee and PSZ&J are authorized to take all actions necessary to implement the relief granted in this Order.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.