IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OROX CAPITAL MANAGEMENT, LLC, *et al.*,[1] | Case No. 23-12118 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 17, 2024 AT 11:00 A.M. (EASTERN TIME)**

**PLEASE NOTE: THE HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT AS NO MATTERS ARE GOING FORWARD**

**I.    RESOLVED MATTERS**

1.  *Motion of George L. Miller, Chapter 7 Trustee, for Order Directing Joint Administration of Related Chapter 7 Cases for Procedural Purposes Only* [Filed: 3/13/24] (Docket No. 16)

    Response Deadline:  March 22, 2024 at 4:00 p.m. Eastern Time

    Responses Received:  None

    Related Documents:

    a)   *Notice of Hearing of Motion of George L. Miller, Chapter 7 Trustee, for Order Directing Joint Administration of Related Chapter 7 Cases for Procedural Purposes Only* [Filed: 3/13/24] (Docket No. 17)

    b)   *Certification of No Objection of Motion of George L. Miller, Chapter 7 Trustee, for Order Directing Joint Administration of Related Chapter 7 Cases for Procedural Purposes Only* [Filed: 3/26/24] (Docket No. 25).

    Status:  The Court entered an order approving the joint administration motion on 3/27/24

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939);  AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

(Docket No. 26).  No hearing is necessary.

2.  *Application of Chapter 7 Trustee to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants Effective as of January 23, 2024* [Filed 3/13/24] (Docket No. 18)

    Response Deadline:  March 22, 2024 at 4:00 p.m. Eastern Time

    Responses Received:  None

    Related Documents:

    a)  *Certification of No Objection of Application of Chapter 7 Trustee to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants Effective as of January 23, 2024* [Filed: 4/4/24] (Docket No. 27).

    Status:  The Court entered an order approving the Miller Coffey Tate LLP retention application on 4/8/24 (Docket No. 28).  No hearing is necessary.

## II.  **MATTER UNDER CNO**

3.  *Application of Chapter 7 Trustee for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of February 7, 2024*  [Filed: 3/26/24] (Docket No. 23).

    Response Deadline:  April 10, 2024 at 4:00 p.m. Eastern Time

    Responses Received:  None

    Related Documents:

    b)  *Certification of No Objection of Application of Chapter 7 Trustee for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of February 7, 2024*  [Filed: 4/15/24] (Docket No. 30).

    Status:  A certification of no objection has been filed, and the Trustee requests entry of the proposed order.  No hearing is necessary unless the Court has questions.

| | |
|---|---|
| Dated:  April 15, 2024 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:      bsandler@pszjlaw.com<br>                crobinson@pszjlaw.com<br>                pkeane@pszjlaw.com<br><br>*Proposed Counsel to George L. Miller, Chapter 7 Trustee* |