# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OROX CAPITAL MANAGEMENT, LLC, *et al.,*<br><br>Debtors. | Chapter 7<br><br>Case No. 23-12118 (BLS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Scott D. Lawrence, Esquire to represent Sanders Creek Management, LLC in the above-captioned case.

Dated: April 22, 2024  　　　　　　　　　　　　　　　　　　  */s/ Michael J. Joyce*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Joyce (No. 4563)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**JOYCE, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1225 King Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302)-388-1944
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　mjoyce@mjlawoffices.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## **CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: April 22, 2024

*/s/ Scott D. Lawrence*
Scott D. Lawrence, Esq.
**WICK PHILLIPS GOULD & MARTIN, LLP.**
3131 McKinney Ave.
Suite 500
Dallas, TX 75204
Telephone: (214)-420-4449
scott.lawrence@wickphillips.com


*Counsel to Sanders Creek Management, LLC*