# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Orox Capital Management, LLC  
P.O. Box 670447  
Dallas, TX 75367  
  **EIN:** 46–1514939

**Chapter:** 7

**Case No.:** 23–12118–BLS

## ORDER REQUIRING STATUS REPORT

*AND NOW*, the case docket reflecting an extended period of inactivity of 180 days or longer,

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C § 105(d)(1), counsel for the Trustee or the Trustee shall file a status report within 21 days of the date of this order.

Brendan Linehan Shannon  
Bankruptcy Judge

Dated: Wilmington, Delaware  
12/30/25