**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| OROX CAPITAL MANAGEMENT, LLC, *et al.*,[1] | Case No. 23-12118 (BLS) |
| Debtors. | (Jointly Administered) |

**CHAPTER 7 TRUSTEE'S STATUS REPORT**

George L. Miller, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (collectively, the "Debtors"), submits this status report in response to the *Order Requiring Status Report* [Docket No. 39] to provide an update on the above-captioned cases.

The Trustee is negotiating a settlement agreement with certain third parties to resolve estate claims that are the primary assets of the Debtors' estates. The Trustee will be filing a motion to approve the settlement in the near term.

Dated:  January 15, 2026          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      bsandler@pszjlaw.com
            pkeane@pszjlaw.com
            ecorma@pszjlaw.com
*Counsel to George L. Miller, Chapter 7 Trustee*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939); AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

4912-6655-1688.1 57098.00001