**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OROX CAPITAL MANAGEMENT, LLC, *et al.*,[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 23-12118 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 43**<br><br>**Obj. Deadline: Mar. 11, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: To Be Determined** |
| In re:<br><br>CEI HOLDING VEHICLE, LLC,<br><br>               Debtor. | Chapter 7<br><br>Case No. 23-12121 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 20**<br><br>**Obj. Deadline: Mar. 9, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: To Be Determined** |

**CHAPTER 7 TRUSTEE'S RESERVATION OF RIGHTS TO
SANDERS CREEK CAPITAL MANAGEMENT, LLC'S MOTION FOR
RULE 2004 EXAMINATION OF CUSTOM ECOLOGY HOLDCO, LLC,
CUSTOM ECOLOGY, INC., AND CUSTOM ECOLOGY HOLDINGS, LLC**

George L. Miller, chapter 7 trustee (the "Trustee") of the estates of the above-captioned

debtors (the "Debtors"), hereby submits this reservation of rights (the "Reservation of Rights") to

*Sanders Creek Capital Management, LLC's Motion for Rule 2004 Examination of Custom Ecology*

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939); AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

4900-6641-2694.1 57098.00001

*Holdco, LLC, Custom Ecology, Inc., and Custom Ecology Holdings, LLC* [Case No. 23-12118, Docket No. 43; Case No. 23-12121, Docket No. 20] (the "Motion") filed by Sanders Creek Capital Management, LLC ("Sanders Creek").[2]  In support of this Reservation of Rights, the Trustee respectfully states as follows:

1.　　Sanders Creek is seeking the information described in the Motion as a result of a potential settlement that the Trustee is pursuing with Custom Ecology, as well as Sanders Creek's proof of claim filed in these cases.  *See* Claim No. 1, Case No. 23-12121 (filed Apr. 22, 2024).

2.　　Accordingly, the Trustee requests copies of any and all documents that are produced to Sanders Creek for examination pursuant to the Motion.

3.　　The Trustee reserves all rights in connection with the Motion and any production made pursuant to the Motion.

Dated:  March 9, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Edward A. Corma*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:　　bsandler@pszjlaw.com
　　　　　pkeane@pszjlaw.com
　　　　　ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

---

[2]　Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.