**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 23-12118-BLS |
| Orox Capital Management, LLC*, et al.,* | § | |
| | § | CHAPTER 7 |
| Debtors. | § | |

**Hearing Date: May 14, 2026 at 11:00 a.m. (ET)**

**Re: D.I. No. 43**

**RE-NOTICE OF SANDERS CREEK CAPITAL MANAGEMENT, LLC'S MOTION FOR RULE 2004 EXAMINATION OF CUSTOM ECOLOGY HOLDCO, LLC, CUSTOM ECOLOGY, INC., AND CUSTOM ECOLOGY HOLDINGS, LLC**

**PLEASE TAKE NOTICE** that on March 4, 2026, Sanders Creek Capital Management, LLC filed *Sanders Creek Capital Management, LLC's Motion for Rule 2004 Examination of Custom Ecology Holdco, LLC, Custom Ecology, Inc., and Custom Ecology Holdings,* LLC [D.I. No. 43] (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion was previously scheduled for a date to be determined before the Honorable Brendan L. Shannon the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, courtroom 1, Wilmington, Delaware 19801, if an objection is filed.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion is now scheduled for May 14, 2026, at 11:00 a.m. before the Honorable Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, courtroom 1, Wilmington, Delaware 19801, if an objection is filed.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN**

**ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF**

**REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF A HEARING.**

Dated: April 6, 2026

/s/ Michael J. Joyce
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
 1225 King Street
Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

 -and-

Scott D. Lawrence (*admitted pro hac vice*)
Jacob Fain, Esq. (*pro hac vice forthcoming*)
**WICK PHILLIPS GOULD & MARTIN, LLP.**
3131 McKinney Ave.
Suite 500
Dallas, TX 75204
(214)-420-4449
scott.lawrence@wickphillips.com
jacob.fain@wickphillips.com

*Counsel to Sanders Creek Capital Management, LLC*