**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Orox Capital Management, LLC, *et al.*, | ) | Case No. 23-12118 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: D.I. 46** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I caused a copy of the following to be served upon the parties on the attached service list in the manner indicated.

- *(SEALED) Custom Ecology Holdco, LLC's, Custom Ecology, Inc.'s, and Custom Ecology Holdings, LLC's Objection to Sanders Creek Capital Management, LLC's Rule 2004 Motion* [Docket No. 46]

> */s/ Kristin N. Cunningham*
> Kristin N. Cunningham (No. 7561)

RLF1 35657456v.1

**OROX CAPITAL MANAGEMENT, LLC, 23-12118 (BLS)**
**SERVICE LIST – VIA EMAIL**

*Counsel for Sanders Creek Management, LLC*

Michael J. Joyce
JOYCE, LLC
1225 King Street
Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Scott D. Lawrence
Jacob Fain
WICK PHILLIPS GOULD & MARTIN, LLP.
3131 McKinney Ave.
Suite 500
Dallas, TX 75204
scott.lawrence@wickphillips.com
jacob.fain@wickphillips.com

*Counsel for Chapter 7 Trustee*

Bradford J. Sandler
Peter J. Keane
Edward A. Corma
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

RLF1 35657456v.1