**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| OROX CAPITAL MANAGEMENT, LLC, *et al.*,[1] | Case No. 23-12118 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ABANDONMENT OF**
**PERSONAL PROPERTY LOCATED WITH EXTRA SPACE STORAGE**

The following property is hereby abandoned by George L. Miller (the "Trustee"), as chapter 7 trustee for the estates of the above-captioned debtors (the "Debtors"):

- All property stored at the Extra Space Storage facility located at 2339 Inwood Road, Dallas, Texas 75235.

- All property stored at the Extra Space Storage facility located at 12190 Inwood Road, Dallas, Texas 75244.

The Trustee has determined that the above-described property is of inconsequential value and benefit to the Debtors' estates.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939);  AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

4902-9553-1537.2 57098.00001

       If no objections are filed, the effective date is fourteen (14) days from the date of mailing of this notice.

Dated:  April 22, 2026              **PACHULSKI STANG ZIEHL & JONES LLP**

                       */s/ Bradford J. Sandler*
                       Bradford J. Sandler (DE Bar No. 4142)
                       Peter J. Keane (DE Bar No. 5503)
                       Edward A. Corma (DE Bar No. 6718)
                       919 North Market Street, 17th Floor
                       Wilmington, DE 19801
                       Telephone:  (302) 652-4100
                       Facsimile:  (302) 652-4400
                       Email:     bsandler@pszjlaw.com
                                    pkeane@pszjlaw.com
                                    ecorma@pszjlaw.com

                       *Counsel to George L. Miller, Chapter 7 Trustee*

2

4902-9553-1537.2 57098.00001