**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Orox Capital Management, LLC, *et al.*, | ) | Case No. 23-12118 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: Docket No. 48** |

**ORDER AUTHORIZING CUSTOM ECOLOGY HOLDCO, LLC'S, CUSTOM ECOLOGY, INC.'S, AND CUSTOM ECOLOGY HOLDINGS, LLC TO FILE UNDER SEAL *CUSTOM ECOLOGY HOLDCO, LLC'S, CUSTOM ECOLOGY, INC.'S, AND CUSTOM ECOLOGY HOLDINGS, LLC'S OBJECTION TO SANDERS CREEK CAPITAL MANAGEMENT, LLC'S RULE 2004 MOTION***

Upon the motion (the "**Seal Motion**")[1] of Custom Ecology for an order under sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing Custom Ecology to file under seal the Objection; and the Court having reviewed the Seal Motion; and the Court having jurisdiction to consider the Seal Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Seal Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Seal Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this order,

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Seal Motion.

**IT IS HEREBY ORDERED THAT:**

1.      The Seal Motion is granted as set forth herein.

2.      Custom Ecology is authorized to file under seal those portions of the Objection containing the Confidential Information.

3.      The Confidential Information shall remain under seal, and shall not be made available to anyone, except Custom Ecology shall provide unredacted copies of the Objection to the Court, counsel to the Trustee, and counsel to Sanders Creek.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      Custom Ecology is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Seal Motion.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: April 30th, 2026**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

2