**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Orox Capital Management, LLC, *et al.*, | ) | Case No. 23-12118 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: Docket No. 53** |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, I caused a copy of the following to be served upon the parties on the attached service list in the manner indicated.

- *Order Authorizing Custom Ecology Holdco, LLC's, Custom Ecology, Inc.'s, and Custom Ecology Holdings, LLC to File Under Seal Custom Ecology Holdco, LLC's, Custom Ecology, Inc.'s, and Custom Ecology Holdings, LLC's Objection to Sanders Creek Capital Management, LLC's Rule 2004 Motion* [Docket No. 53]

*/s/ Kristin N. Cunningham*
Kristin N. Cunningham (No. 7561)

RLF1 35769179v.1

**OROX CAPITAL MANAGEMENT, LLC, 23-12118 (BLS)**
**SERVICE LIST – VIA EMAIL**

*Counsel for Sanders Creek Management, LLC*

Michael J. Joyce
JOYCE, LLC
1225 King Street
Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Scott D. Lawrence
Jacob Fain
WICK PHILLIPS GOULD & MARTIN, LLP.
3131 McKinney Ave.
Suite 500
Dallas, TX 75204
scott.lawrence@wickphillips.com
jacob.fain@wickphillips.com

*Counsel for Chapter 7 Trustee*

Bradford J. Sandler
Peter J. Keane
Edward A. Corma
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

RLF1 35769179v.1