**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| OROX CAPITAL MANAGEMENT, LLC, *et al.*,[1] | Case No. 23-12118 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 14, 2026 AT 11:00 A.M. (EASTERN TIME)**

> **This hearing will be conducted in person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing using the eCourtAppearance tool (available here).**
>
> **After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

**RESOLVED MATTER**

1.   Custom Ecology Holdco, LLC's, Custom Ecology, Inc.'s, and Custom Ecology Holdings, LLC's Motion to File Under Seal Custom Ecology Holdco, LLC's, Custom Ecology, Inc.'s, and Custom Ecology Holdings, LLC's Objection to Sanders Creek Capital Management, LLC's Rule 2004 Motion [Filed 4/14/26] (Docket No. 48)

  (a)   Certificate of No Objection Regarding Custom Ecology Holdco, LLC's, Custom Ecology, Inc.'s, and Custom Ecology Holdings, LLC's Motion to File Under Seal Custom Ecology Holdco, LLC's, Custom Ecology, Inc.'s, and Custom Ecology Holdings, LLC's Objection to Sanders Creek Capital Management,

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939);  AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

LLC's Rule 2004 Motion [Filed 4/29/26] (Docket No. 52)

(b)     Order Authorizing Custom Ecology Holdco, LLC's, Custom Ecology, Inc.'s, and Custom Ecology Holdings, LLC's Motion to File Under Seal Custom Ecology Holdco, LLC's, Custom Ecology, Inc.'s, and Custom Ecology Holdings, LLC's Objection to Sanders Creek Capital Management, LLC's Rule 2004 Motion [Filed 4/30/26] (Docket No. 53)

Status:  An order was entered.  No hearing is necessary.

**CONTESTED MATTER**

2.      Sanders Creek Capital Management, LLC's Motion for Rule 2004 Examination of Custom Ecology Holdco, LLC, Custom Ecology, Inc., and Custom Ecology Holdings, LLC [Filed: 3/4/26] (Docket No. 43)

Response Deadline:  May 7, 2026 at 4:00 p.m. (Eastern Time)

Responses Received:

(a)     Chapter 7 Trustee's Reservation of Rights to Sanders Creek Capital Management, LLC's Motion for Rule 2004 Examination of Custom Ecology Holdco, LLC, Custom Ecology, Inc., and Custom Ecology Holdings, LLC [Filed: 3/9/26] (Docket No. 44)

(b)     [SEALED] Objection (Custom Ecology Holdco, LLC's, Custom Ecology, Inc.'s, and Custom Ecology Holdings, LLC's Objection to Sanders Creek Capital Management, LLC's Rule 2004 Motion) [Filed: 4/9/26] (Docket No. 46)

(c)      [REDACTED] Custom Ecology Holdco, LLC's, Custom Ecology, Inc.'s, and Custom Ecology Holdings, LLC's Objection to Sanders Creek Capital Management, LLC's Rule 2004 Motion [Filed: 4/14/26] (Docket No. 49)

Related Documents:

(a)     Re-notice of Sanders Creek Capital Management, LLC's Motion for Rule 2004 Examination of Custom Ecology Holdco, LLC, Custom Ecology, Inc., and Custom Ecology Holdings, LLC [Filed: 4/6/26] (Docket No. 45)

Replies:

(a)     Sanders Creek Capital Management, LLC's Reply in Support of Motion for Rule 2004 Examination of Custom Ecology Holdco, LLC, Custom Ecology, Inc., and Custom Ecology Holdings, LLC [Filed: 5/11/26] (Docket No. 55)

Status:  This matter is going forward.

Dated:  May 12, 2026         **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      bsandler@pszjlaw.com
            pkeane@pszjlaw.com
            ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

4935-5837-3543.2 57098.00001         3