**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Orox Capital Management, LLC, *et al.*, | ) | Case No. 23-12118 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: Docket No. 43** |

**ORDER DENYING SANDERS CREEK CAPITAL MANAGEMENT, LLC'S MOTION
FOR RULE 2004 EXAMINATION OF CUSTOM ECOLOGY HOLDCO, LLC, CUSTOM
ECOLOGY, INC., AND CUSTOM ECOLOGY HOLDINGS, LLC**

Upon consideration of the *Sanders Creek Capital Management, LLC's Motion for Rule 2004 Examination of Custom Ecology Holdco, LLC, Custom Ecology, Inc., and Custom Ecology Holdings, LLC* [Docket No. 43] (the "**Motion**") filed by Sanders Creek Capital Management, LLC ("**Sanders Creek**"); Custom Ecology Holdco, LLC, Custom Ecology, Inc., and Custom Ecology Holdings, LLC having filed the *Custom Ecology Holdco, LLC's, Custom Ecology, Inc.'s, and Custom Ecology Holdings, LLC's Objection to Sanders Creek Capital Management, LLC's Rule 2004 Motion* [Docket No. 46] (the "**Objection**"); and Sanders Creek having filed the *Sanders Creek Capital Management, LLC's Reply in Support of Motion for Rule 2004 Examination of Custom Ecology Holdco, LLC, Custom Ecology, Inc., and Custom Ecology Holdings, LLC* [Docket No. 55] (the "**Reply**"); and the Court having reviewed the Motion, Objection and Reply; and a hearing having been held to consider the relief requested in the Motion on May 14, 2026 (the "**Hearing**"); and upon the record of the Hearing and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is DENIED without prejudice for the reasons stated on the record at the Hearing.

RLF1 35940221v.1

2.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: May 15th, 2026**
**Wilmington, Delaware**                    2