**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| OROX CAPITAL MANAGEMENT, LLC, *et al.*,[1] | Case No. 23-12118 (BLS) |
| Debtors. | (Jointly Administered) |

## CHAPTER 7 TRUSTEE'S STATUS REPORT

George L. Miller, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (collectively, the "Debtors"), submits this status report in response to the Court's direction at the hearing held on May 14, 2026 to provide an update on the above-captioned cases.

1.      The Trustee is continuing to negotiate a resolution with Custom Ecology Holdings, LLC ("Custom Ecology") to resolve estate claims and realize value for the Debtors' estates.  At the time of the Trustee's prior status report, the Trustee and Custom Ecology had been negotiating the terms of a settlement and related motion.  By the time that the Sanders Creek Rule 2004 motion was filed, the parties had not yet finalized documentation.  The filing of the Rule 2004 motion halted discussion of settlement terms as the Trustee and Custom Ecology focused on addressing the motion.  Discussions have resumed between the Trustee and Custom Ecology through their respective counsel.  The Trustee will promptly file an appropriate motion, subject to notice and a hearing, if and when documentation between the Trustee and Custom Ecology is completed.

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orox Capital Management, LLC (4939);  AIHV I, LLC (7179); Armstrong Co-Investment Vehicle, L.P. (8126); CEI Holding Vehicle, LLC (5105); OC Holding Vehicle, LLC (0838); OCAV IV, LLC (4825); OFAV I, LLC (9639); Orox Capital Acquisition Vehicle I, LLC (8500); Orox Capital Co-Investment GP, L.P. (5106); Orox Capital Co-Investment Vehicle I, L.P. (9236); Orox Capital Co-Investment Vehicle II, L.P. (3829); Orox Capital Co-Investment Vehicle III, L.P. (7229); Orox Capital Credit GP, L.P. (1345); Orox Capital Credit Opportunities Fund, L.P. (1452); Orox Capital GP, LLC (7073); Orox Finance Co-Investment GP, L.P. (3926); Orox Southwest Holding Vehicle, LLC (0991); Orox SSW Holdings, LLC (1107); Oscar Equipment Company, LLC (3376); Oscar Holding Vehicle, LLC (9768).

2.      In addition, on May 18, 2026, the Trustee received correspondence from the Debtors' counsel regarding an inactive bank account belonging to a non-Debtor subsidiary of Debtor AIHV I, LLC with a balance of approximately $487,000.  The Trustee worked with the Debtors' counsel to have the account restored from inactive status.  The Trustee and his counsel are currently evaluating the bank account and the corporate structure to determine if the funds are available for the Debtors' estates.  If necessary, the Trustee will file a motion with the Court seeking appropriate relief to facilitate the transfer of funds into the estates.

Dated:  June 12, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:     bsandler@pszjlaw.com
           pkeane@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

4937-1865-6177.2 57098.00001
2